UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES HUGHES and DENA HUGHES, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN STRATEGIC INSURANCE CORP., a foreign corporation; and ASI UNDERWRITERS CORP., a foreign corporation,<br><br>Defendants. | No. 3:24-cv-05114-DGE<br><br>ORDER GRANTING DEFENDANTS' MOTION TO AMEND CASE SCHEDULE AND EXTEND MOTION FOR SUMMARY JUDGMENT ON LIABILITY DEADLINE |

This matter having come before the above-entitled court on Defendants' Unopposed Motion to Amend Case Schedule and Extend Time for Motion for Summary Judgment on Liability Deadline, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendants' motion to amend the case schedule and extend the motion for summary judgment deadline is GRANTED.

2. The deadline for Defendants to file their Motion for Summary Judgment on liability issues is November 14, 2024.

ORDER GRANTING DEFENDANTS' MOTION TO AMEND CASE
SCHEDULE AND EXTEND MOTION FOR SUMMARY
JUDGMENT DEADLINE (3:24-cv-05114) - 1

This Order supersedes the deadline identified in Docket Entry 9 regarding Defendant's liability motion.

DATED this 11th day of October 2024.

David G. Estudillo
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION TO AMEND CASE SCHEDULE AND EXTEND MOTION FOR SUMMARY JUDGMENT DEADLINE (3:24-cv-05114) - 2