UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JAMES HUGHES and DENA HUGHES, husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN STRATEGIC INSURANCE CORP., a foreign corporation; and ASI UNDERWRITERS CORP., a foreign corporation, <br><br> Defendants. | Case No. 3:24-cv-05114-DGE <br><br> **STIPULATED ORDER TO EXTEND EXPERT DISCOVERY AND PTO DEADLINES** |

**STIPULATION**

Plaintiffs James Hughes and Dena Hughes and Defendants American Strategic Insurance Corp. and ASI Underwriters Corp. ("collectively "ASI") hereby submit this Stipulated Motion to Extend Discovery and Pre-Trial Order Deadlines pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(d)(1).

This Motion is brought to the court with the parties aware of and respectful of the Court's direction that extensions should not be made unnecessarily and without good cause. Docket 10,

pg. 2. The parties further acknowledge that extensions are not appropriate where the need for additional time is due to the lack of diligence on the part of any party.

In this case, the parties requested and the court approved a case schedule where the issue of liability would be resolved – if appropriate – through Summary Judgment Motions filed in October of 2024, with the issue of damages to be investigated after determination by the Court of Defendant's liability in this matter. Due to circumstances beyond the control of the parties – namely a hurricane in Florida that severely impacted Defendants' ability to complete its responses to Plaintiffs' discovery requests and prepare declarations for its Motion for Summary Judgment on liability, this Court granted Defendants' request to extend the deadline for the Motions for Summary Judgment from October 15, 2024 to November 14, 2024. Docket No. 11.

The parties filed their Motions for Summary Judgment on November 14, 2024, with the briefing completed in mid-December of 2024. Both Motions are still pending with the Court. Initially it was anticipated that the Court would rule on the cross-Motions prior to the need to conduct Expert discovery, so that the parties may avoid unnecessary costs and fees.

The parties therefore request the Court to extend the case deadlines to allow sufficient time for the Court to rule on the pending motions, and for the parties to resume discovery as appropriate / necessary based upon the Court's ruling.

| Deadline: | Current Deadline: | Proposed Deadline: |
|---|---|---|
| Disclosure of Expert Testimony under FRCP 26(a)(2) | February 15, 2025 | May 15, 2025 |
| Disclosure of Rebuttal Expert Testimony under FRCP 26(a)(2) | March 15, 2025 | June 15, 2025 |
| All Motions related to discovery must be filed by: | March 28, 2025 | June 28, 2025 |
| Discovery Completed by: | April 2, 2025 | July 2, 2025 |
| All Dispositive Motions filed by: | April 30, 2025 | July 30, 2025 |

1  All remaining dates should remain the same.

2  ///   ///   ///

3  The proposed modification (above) provides 90 days for the Court to rule on the pending motions, and for the parties to complete discovery based upon the Court's determination (as appropriate). As the parties have filed their Dispositive Motions already, it is unlikely that additional Dispositive Motions will be filed, and therefore the remaining dates for pre-trial and trial proceedings may remain unchanged.

The foregoing is requested not to delay the case or due to failure of the parties to exercise diligence, but is solely for the efficient and cost-effective litigation of this matter and to enable the parties the time to conduct such additional discovery as may be necessary based upon the Court's ruling on the pending dispositive motions.

| By: | By: |
|---|---|
| */s/ Stephen P. Yoshida* | */s/ Douglas M. Bragg* |
| Stephen P. Yoshida, WSBA No.43952 | Douglas M. Bragg, WSBA No. 46245 |
| MB Law Group, LLP | Email: dbragg@millardlaw.com |
| 117 SW Taylor Street, Suite 200 | Millard & Bragg Attorneys at Law PC |
| Portland, OR 97204 | 419 5th Street |
| E-mail: SYoshida@MBLGLaw.com | Oregon City, OR 97045 |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |

Dated this 10th day of February 2025

MILLARD & BRAGG, ATTORNEYS AT LAW, P.C.

 */s/ Douglas M. Bragg*
Fred Millard, WSBA No. 32673
E-mail: fmillard@millardlaw.com
Douglas M. Bragg, WSBA No. 46245
E-mail: dbragg@millardlaw.com
*Of Attorneys for Plaintiffs*

**ORDER**

The Parties' Stipulated Motion to Extend Expert Discovery and PTO Deadlines is GRANTED. Deadlines are HEREBY adjusted as follows:

| | | |
|---|---|---|
| Disclosure of Expert Testimony under FRCP 26(a)(2) | February 15, 2025 | May 15, 2025 |
| Disclosure of Rebuttal Expert Testimony under FRCP 26(a)(2) | March 15, 2025 | June 15, 2025 |
| All Motions related to discovery must be filed by: | March 28, 2025 | June 28, 2025 |
| Discovery Completed by: | April 2, 2025 | July 2, 2025 |
| All Dispositive Motions filed by: | April 30, 2025 | July 30, 2025 |

Dated this 12th day of February, 2025.

David G. Estudillo
United States District Judge